**AFFIRMED and Opinion Filed June 30, 2023**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00792-CR**

**MARK ANTHONY DELESMA, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-54906-M**

**MEMORANDUM OPINION**

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Carlyle

Mr. Delesma complains his 10-year-sentence for possession of more than one but less than four grams of methamphetamine (1) violates the Eighth Amendment's prohibition against cruel and unusual punishment; and (2) violates claimed rights under the "objectives the Texas Penal Code as a whole is supposed to serve and achieve"; and that the trial court erred by (3) failing to afford him his common law right to allocution.

Assuming he preserved his first issue, the sentence is within the punishment range for the charged offense. *See* TEX. HEALTH & SAFETY CODE § 481.115(c); TEX. PENAL CODE § 12.34. We conclude it is not grossly disproportionate and passes

constitutional muster. *See State v. Simpson*, 488 S.W.3d 318, 322 (Tex. Crim. App. 2016).

Mr. Delesma did not preserve his challenge that the sentence fails to achieve what he suggests are the objectives of the Texas Penal Code, even in his motion for new trial. *See* TEX. R. APP. P. 33.1(a); *Zamarron v. State*, No. 05-19-00632-CR, 2020 WL 6280869, at *4 (Tex. App.—Dallas Oct. 27, 2020, pet. ref'd) (mem. op., not designated for publication).

Finally, Mr. Delesma did not preserve a complaint regarding any common law right to allocution by timely objection at sentencing and had the opportunity to object at that time. *See* TEX. R. APP. P. 33.1(a); *Loring v. State*, No. 05-18-00421-CR, 2019 WL 3282962, at *5 (Tex. App.—Dallas July 22, 2019, no pet.) (mem. op., not designated for publication).

We overrule Mr. Delesma's three issues and affirm the trial court's judgment.

/Cory L. Carlyle/

220729f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)

CORY L. CARLYLE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARK ANTHONY DELESMA,
Appellant

No. 05-22-00792-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F15-54906-M.
Opinion delivered by Justice Carlyle.
Justices Molberg and Smith
participating.

Based on the Court's opinion of this date, the judgment of the trial court is
**AFFIRMED**.


Judgment entered this 30th day of June, 2023.